Matthew F. Miller, No. 172661
Robert J. Nolan, No. 235738
Aengus H. Carr, No. 240953
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:   415.989.5900
Facsimile:   415.989.0932
Email:   mmiller@cbmlaw.com
  rnolan@cbmlaw.com
  acarr@cbmlaw.com

Attorneys for Plaintiff
AMEC Environment & Infrastructure, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMEC ENVIRONMENT & INFRASTRUCTURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GEOSYNTEC CONSULTANTS, INC., ANTON ARULANANTHAM, ROBERT CHEUNG, BRIAN MCNAMARA, JOSEPH NILAND, SYED REHAN, and BRUCE TRAVERS, <br><br> Defendants. | No. 12-2973 TEH <br><br> **STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** |

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2  attorneys of record pursuant to Federal Rule of Civil Procedure 15(a)(2) that Plaintiff AMEC
3  ENVIRONMENT & INFRASTRUCTURE, INC. may file a First Amended Complaint for
4  Damages and Equitable Relief, a copy of which is attached hereto as Exhibit A. The parties have
5  further stipulated through their attorneys of record and request that the Court enter an order
6  pursuant to Federal Rule of Civil Procedure 15(a)(3) that Defendants shall have until
7  April 1, 2013 to file an answer to the First Amended Complaint.

Dated: March 1, 2013                CARROLL, BURDICK & McDONOUGH LLP

/s/ Matthew F. Miller
Matthew F. Miller
Counsel for Plaintiff AMEC Environment &
Infrastructure, Inc.

Dated: March 1, 2013                BUCHALTER NEMER PC

/s/ Richard C. Darwin
Richard C. Darwin
Counsel for Defendants Geosyntec Consultants,
Inc., Anton Arulanantham, Robert Cheung, Brian
McNamara, Joseph Niland, Syed Rehan, and Bruce
Travers

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45(X)(B)(5), Matthew F. Miller certifies that he has the concurrence of Richard C. Darwin, counsel for Defendants, in the filing of this stipulation.

**ORDER**

Based upon the foregoing Stipulation and for good cause appearing, IT IS SO ORDERED.

Dated: 03/05/2013

HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE

Judge Thelton E. Henderson

CBM-SF\SF580456

STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT – CASE NO. 12-2973 TEH