UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| AMEC ENVIRONMENT & INFRASTRUCTURE, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GEOSYNTEC CONSULTANTS INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 12-02973 TEH (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to the undersigned. 4/9/2013 Minute Order, ECF No. 40. The parties shall comply with all applicable requirements in the undersigned's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: April 9, 2013

                                        LAUREL BEELER
                                        United States Magistrate Judge

C 12-02973 TEH (LB)
NOTICE OF REFERRAL AND ORDER